## Exhibit A
## Statement of Claim
## Plaintiff Mattia Teagano

**Unpaid Overtime Wages, Minimum Wages, and Wages Paid Late**

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Weekly Rate[1] | Hourly Rate[1] | Overtime Hourly Rate[1] | Average Weekly Amount Paid[1] | Minimum Wage Hourly Rate | Paid Late[1] | Total Unpaid Minimum Wages[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/1/24 - 8/11/24 | 10.29 | 46 | $ 1,476.92 | $ 32.11 | $ 48.16 | $ - | $ 12.00 | | $ 5,677.71 | $ 2,231.62 | $ 7,909.34 |
| 1/16/24 - 5/31/24 | 19.57 | 46 | $ 1,476.92 | $ 32.11 | $ 48.16 | $ 1,231.39 | $ 12.00 | ✓ | $ - | $ 4,246.28 | $ 13,640.57 |
| | | | | | | | | | $ 5,677.71 | $ 6,477.90 | $ 21,549.90 |

Total Unpaid Minimum Wages[1] = $ 5,677.71
Total Unpaid Overtime Wages[1] = $ 6,477.90
Total Liquidated Damages[1] = $ 21,549.90
Total[1] = $ 33,705.52

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process, litigation, and/or at trial.